UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ATIBA MOORE, | ) | |
| Petitioner, | ) | 3:10-cv-00194-ECR-RAM |
| vs. | ) | **ORDER** |
| GREG SMITH, Warden, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner moves for an enlargement of time to file his response to the Court's Order on the Motion to Dismiss (docket #19). He informs the Court that the law library has been open only limited days during the holiday period and he needs to research the appropriate option to choose. Good cause appearing,

**IT IS THEREFORE ORDERED** that the Motion for Enlargement of Time (docket #19) is **GRANTED**. The response to the Court's Order shall be filed and served on or before January 30, 2011.

Dated this 20th day of December, 2010.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE