**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ATIBA MOORE, | ) | |
| | ) | |
| Petitioner, | ) | 3:10-cv-00194-ECR-RAM |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GREG SMITH, Warden, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____/ | | |

   Petitioner has written to the court to advise that he has not received a copy of the Answer filed by respondents in this matter on April 15, 2011. (ECF No. 26.) Petitioner is advised that in the future all communication with the Court should be in the form of a motion with service of a copy of that communication to respondents. Letters of the nature presented here shall be stricken from the record.

   Although there is attached a certificate of service indicating that a copy was sent to petitioner, given the circumstances of incarceration, the Court shall direct respondents to provide petitioner with another copy. Respondents shall mail a second copy of the Answer to petitioner within five days of receipt of this Order. Petitioner shall have thirty days to file his reply. Thereafter, the matter shall be submitted for review.

1 **IT IS SO ORDERED.**

2

3 Dated this 9th day of May, 2011.

4

5 _____
UNITED STATES DISTRICT JUDGE

6

7 Moore v. Smith
3:10-cv-00194-ECR-RAM

2