~~AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕~~

# UNITED STATES DISTRICT COURT

*****          DISTRICT OF    NEVADA

ATIBA MOORE,

     Petitioner,     JUDGMENT IN A CIVIL CASE

V.

                      CASE NUMBER: **3:10-cv-00194-ECR-RAM**

GREG SMITH, et al.,

     Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Amended Complaint (Dkt. No. 24) is DENIED WITH PREJUDICE.

  September 30, 2011                                            **LANCE S. WILSON**
                                                                                                      Clerk

                                                                               /s/ Katie Lynn Ogden
                                                                                  Deputy Clerk